UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

MICHELLE DUVAL

CASE NO. 8:10-CR- 136-T-30EAJ
18 U.S.C. §§ 922(g)(1) & 924(e)
21 U.S.C. § 841(a)(1)
Forfeitures: 18 U.S.C. § 924(d)(1)
28 U.S.C. § 2461(c)
21 U.S.C. § 853.

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

On or about December 18, 2009, in Manatee County, in the Middle District of Florida,

MICHELLE DUVAL,

the defendant herein, having been convicted of the following felony crimes punishable by imprisonment exceeding one year to wit:

> Possession of Marijuana with Intent to Sell, Case No. 90-75-F, in the Circuit Court, Twelfth Judicial Circuit, in and for Manatee County, Florida, on or about March 14, 1991;

> Sale of Rock Cocaine, Case No. 92-2474F, in the Circuit Court, Twelfth Judicial Circuit, in and for Manatee County, Florida, on or about December 21, 1992;

> Sale of Cocaine, Case No. 95-11098CFANO-D, in the Circuit Court, Sixth Judicial Circuit, in and for Pinellas County, Florida, on or about April 1, 1996; and

> Robbery, Case No. 95-02421CFANO-D, in the Circuit Court, Sixth Judicial Circuit, in and for Pinellas County, Florida, on or about August 5, 1997;

did knowingly possess, in and affecting interstate and foreign commerce, two firearms,

to wit: one gold Lorcin .380 caliber pistol, Serial No. LE1084, and one Cobra two shooter handgun, Serial No. C7021346; and numerous rounds of ammunition.

In violation of Title 18, United States Code, Sections 922(g)(1), 924(e) and 2.

## COUNT TWO

On or about February 24, 2010, in Manatee County, in the Middle District of Florida,

MICHELLE DUVAL,

the defendant herein, having been convicted of the following felony crimes punishable by imprisonment exceeding one year to wit:

> Possession of Marijuana with Intent to Sell, Case No. 90-75-F, in the Circuit Court, Twelfth Judicial Circuit, in and for Manatee County, Florida, on or about March 14, 1991;
>
> Sale of Rock Cocaine, Case No. 92-2474F, in the Circuit Court, Twelfth Judicial Circuit, in and for Manatee County, Florida, on or about December 21, 1992;
>
> Sale of Cocaine, Case No. 95-11098CFANO-D, in the Circuit Court, Sixth Judicial Circuit, in and for Pinellas County, Florida, on or about April 1, 1996; and
>
> Robbery, Case No. 95-02421CFANO-D, in the Circuit Court, Sixth Judicial Circuit, in and for Pinellas County, Florida, on or about August 5, 1997;

did knowingly possess, in and affecting interstate and foreign commerce, a firearm, to wit: one FNH 5.7x28 caliber pistol, Serial No. 386142620; and 19 rounds of 5.7x28 caliber ammunition.

In violation of Title 18, United States Code, Sections 922(g)(1), 924(e) and 2.

## COUNT THREE

On or about December 18, 2009, in Manatee County, in the Middle District of Florida,

MICHELLE DUVAL,

defendant herein, did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of cocaine base, also called "crack" cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT FOUR

On or about February 24, 2010, in Manatee County, in the Middle District of Florida,

MICHELLE DUVAL,

defendant herein, did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of cocaine base, also called "crack" cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C), and Title 18, United States Code, Section 2.

## FORFEITURES

The allegations contained in Counts One through Four of this Indictment, each punishable by imprisonment for more than one year, are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 924(d)(1), Title 28, United States

Code, Section 2461(c), and Title 21, United States Code, Section 853.

1. From her engagement in any or all of the violations alleged in Counts One and Two of this Indictment, in violation of Title 18, United States Code, Section 922(g)(1), defendant MICHELLE DUVAL shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), all of her right, title, and interest in any firearm or ammunition involved in or used in such knowing violation, including but not limited to: one gold Lorcin .380 caliber pistol, Serial No. LE1084; one Cobra two shooter handgun, Serial No. C7021346; and one FNH 5.7x28 caliber pistol, Serial No. 386142620; and 19 rounds of 5.7x28 caliber ammunition.

2. From her engagement in any or all of the violations alleged in Counts Three and Four of this Indictment, defendant MICHELLE DUVAL shall forfeit to the United States, pursuant to Title 21, United States Code, Sections 853(a)(1) and (2), all of her right, title, and interest in:

> a. Property constituting and derived from any proceeds the defendant obtained, directly or indirectly, as a result of such violations; and
>
> b. Property used and intended to be used in any manner or part to commit and to facilitate the commission of such violations.

3. If any of the property described above, as a result of any act or omission of the defendant:

> a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

A TRUE BILL,

_Kim C. Godbee_
FOREPERSON

A. BRIAN ALBRITTON
United States Attorney

By: _____
DONALD L. HANSEN
Assistant United States Attorney

By: _____
JAY L. HOFFER
Assistant United States Attorney
Deputy Chief, General Crimes Section