UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                    Case No. 8:10-cr-136-T-30EAJ

MICHELLE DUVAL

## FINAL JUDGMENT OF FORFEITURE

THIS CAUSE comes before the Court upon the filing of the Motion by the United States for a Final Judgment of Forfeiture (Doc. 79), pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), 21 U.S.C. § 853(n)(7), and Fed. R. Crim. P. 32.2(c)(2) for one gold Lorcin, model L380, .380 caliber pistol with the serial number LE1084 and one Cobra, model CB 38 CAL, .38 caliber pistol with a serial number CT021346.

The Court, being fully advised in the premises, hereby finds as follows:

1.  On September 14, 2010, the Court granted the United States' motion and entered the Preliminary Order of Forfeiture, forfeiting to the United States of America, Duval's right, title, and interest in the weapons.  (Doc. 37).

2.  On April 21, 2011, Duval was sentenced, and the weapons were found subject to forfeiture and included in the Judgment.  (Docs. 73, 74).

3.  In accordance with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), the United States published notice of the forfeiture, and of its intent to dispose of the weapons, on the official government website, www.forfeiture.gov, from September 15, 2010 through October 14, 2010.  (Doc. 43).  The publication gave notice to all third parties with a legal interest in the weapons to file with the Office of the Clerk, United States District Court, Middle District

of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interest within sixty (60) days of the first date of publication.

4.   No person or entity, other than the defendant, Duval, whose interest was forfeited to the United States in the Preliminary Order of Forfeiture, is known to have an interest in the weapons.  No third party has filed a petition or claimed an interest in the weapons, and the time for filing a petition has expired.  Thus, any third-party interest in the weapons is now barred.

5.   The Court finds that the weapons are the property of defendant Michelle Duval.

Accordingly, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that the United States' motion (Doc. 79) is **GRANTED**.  It is FURTHER ORDERED that all right, title and interest in the weapons are CONDEMNED and FORFEITED to the United States of America, pursuant to the provisions of 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), 21 U.S.C. § 853(n)(7), and Fed. R. Crim. P. 32.2(c)(2) for disposition according to law.

Clear title to the weapons are now vested in the United States of America.

**DONE** and **ORDERED** in Tampa, Florida on June 1, 2011.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel/Parties of Record

S:\Even\2010\10-cr-136.forfeiture judgment79.wpd