UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 8:10-cr-136-JSM-EAJ

MICHELLE DUVAL

## UNITED STATES' MOTION TO SEAL EXHIBITS

The United States of America, by Karin Hoppmann, Acting United States Attorney for the Middle District of Florida, moves this Court to allow the government to file three exhibits, specifically, Exhibits 1, 2, and 3, to the United States' Response in Opposition to Defendant's Motion for Compassionate Release. (Doc. 113).

Respectfully submitted,

KARIN HOPPMANN
Acting United States Attorney

By:   /s/ Jennifer L. Peresie
Jennifer L. Peresie
Assistant United States Attorney
United States Attorney No. 120
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Jennifer.Peresie@usdoj.gov

U.S. v. Duval                                                                 Case No. 8:10-cr-136-JSM-EAJ

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2021, the foregoing document was filed under seal with the Clerk of the Court, and a true copy was furnished by United States Mail to the following:

>Alexis Alvarez, Esquire
>Florida Legal Services
>P.O. Box 533986
>Orlando, FL 32853

>/s/ Jennifer L. Peresie
>Jennifer L. Peresie
>Assistant United States Attorney
>United States Attorney No. 120
>400 N. Tampa St., Ste. 3200
>Tampa, FL 33602-4798
>Telephone: (813) 274-6000
>Facsimile: (813) 274-6358
>E-mail: Jennifer.Peresie@usdoj.gov

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.     CASE NO. 8:10-cr-136-JSM-EAJ

MICHELLE DUVAL

### ORDER

THIS CAUSE having come on for consideration upon the motion of the government to file three exhibits, specifically, Exhibits 1, 2, and 3, to the United States' Response in Opposition to Defendant's Motion for Compassionate Release (Doc. 113).

It is hereby ORDERED that the United States' exhibit be SEALED.

Dated: _____     _____
JAMES S. MOODY, JR.
United States District Judge