UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA**

v.                                                                                  **Case No. 8:10-CR-136-T-30EAJ**

**MICHELLE DUVAL**

_____/

Medical records requested to be filed under seal