# EXHIBIT N

TRULINCS 51628018 - DUVAL, MICHELLE - Unit: DAN-P-A

---

FROM: ▓▓▓▓▓
TO: 51628018
SUBJECT: RE: Medical
DATE: 02/22/2021 08:21:06 PM

I'm sure your situation is very difficult and stressful. I can't imagine what you are going through. I can't promise anything but the sooner we can get your motion filed, the better. ▓▓▓▓▓

MICHELLE DUVAL on 2/22/2021 4:49:37 PM wrote
Ok Ms. ▓▓▓▓▓, I spoke to Medical Gibson who was giving the Vaccine Shot, he feels like I need to speak to the Doctor before taking the Vaccine due to one of the reason it states I Should Not take the Vaccine. That's even more scary to me, I feel lost in the Medical System already I have been feel under the weather very dizzy, shortness of breath, hot & cold, clammy, Sick to my stomach. So at this time I can't even think straight at times. A few people sent letters your way and I will be working on my story..Thanks Michelle Duval

```
BP-A0148                    INMATE REQUEST TO STAFF CDFRM
JUNE 10
U.S. DEPARTMENT OF JUSTICE              FEDERAL BUREAU OF PRISONS
```

"my copy"

| TO: (Name and Title of Staff Member) Medical / DR. Green | DATE: 2-24-2021 |
| --- | --- |
| FROM: Michelle Duval | REGISTER NO.: 51628-018 |
| WORK ASSIGNMENT: Yard | UNIT: FSL |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

Sir I spoke to mr Gibson about me taking the Vaccine shot. I voiced my concerns about my medical Issues, he told me to speak to you about my concerns and he didn't consider my request as a denial. Can you please see me ASAP to let me know what to do I'm a lost for what to do. Michelle Duval 2-24-2021

(Do not write below this line)

DISPOSITION:

Signature Staff Member          Date

Record Copy - File; Copy - Inmate
PDF                    Prescribed by P5511

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR Privacy FOLDER          **SECTION 6**

TRULINCS 51628018 - DUVAL, MICHELLE - Unit: DAN-P-A

---

FROM: 51628018
TO: Health Services
SUBJECT: ***Request to Staff*** DUVAL, MICHELLE, Reg# 51628018, DAN-P-A
DATE: 05/12/2021 01:12:22 PM

To: Dr.Green
Inmate Work Assignment: yard

2nd request
Dr.Green, I need to see a Doctor or Doctors about this Vaccine. I never refused the Vaccine Shot, I just need to see my Primary Doctor to make sure my Medical issues I already have will not be a problem with the me taking the Vaccine Shot, I spoke to Gibson he was the first medical staff to offer me the shot and I asked he a few concerned questions about me taking the Vaccine, with me taking Aspirin once a day and me bleeding two to three weeks out of the Month and he stated I should see you about my fears and Concerns..Then the Pharmacy and other Medical staff was back approx a few months later offering the shot and I spoke to him and I was very sick that day and voiced my concerns about the Vaccine and he said then he clearly understood my fears and Concerns and I asked him was this consider a denial and he stated ABSOLUTELY NOT..And then a few weeks after seeing you the last sick call you said my vitals was fine and you..And you checked for my blood count and it was low and you put me in for a few weeks later for blood work and blood Clots..I'm not sure if that was one of my request to make sure I am ok to take the Covid Vaccine..But you only was able to speak to me about a few of my concerns at that time..Dr.Green Sir please you have to understand I am under a lot of different medical problems and I am afraid that something bad can happen to me can you please see me and go through me Medical problems with me to make sure I am ok to take the Covid Vaccine..I need to speak to you also about other Medical concerns' I know there's only so much you can do without Administration all down your back.. Respectfully Submitted Michelle Duval