# EXHIBIT O

P06-009L

BP-A0548
JUN 10

**HOME CONFINEMENT AND COMMUNITY CONTROL AGREEMENT**

U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS

| DUVAL, MICHELLE | 51628-018 |
|---|---|
| Name | Register Number |

I, _____ hereby agree to abide by the following Conditions related to my legal participation on home confinement.

I understand that my participation on home confinement will be an alternative to placement in a Community Corrections Center for no more than the last six (6) months or 10% of my sentence, whichever is less. I am aware that I will legally remain in the custody of the Bureau of Prisons and/or the U.S. Attorney General and that failure to remain at the required locations may result in disciplinary action and/or prosecution for escape.

I agree to report to my assigned probation officer or the contractor's facility immediately upon reaching my release destination.

I understand that if I decline to participate in the recommended home confinement program I may face administrative reassignment out of the community corrections program.

I agree that during the home confinement period, I will remain at my place of residence, except for employment, unless I am given permission to do otherwise. I also understand that I will be required to pay the costs of the program based on my ability to pay.

I also agree to maintain a telephone at my place of residence without "call forwarding", a modem, "Caller ID" or portable cordless telephones for this period.

I also agree that, if my confinement is to be electronically monitored, I will wear any electronic monitoring device required, following procedures specified and will not have "call forwarding" on my telephone.

| Inmate's Name | | Date |
|---|---|---|
| DUVAL, MICHELLE | X *Michelle Duval* (signature) | 05/28/2020 |
| Staff Witness (Printed Name and Signature) | | Facility |
| S. MCMAHON/ | | DANBURY FCI |

PDF

Prescribed by P7320

BP-A0434
JUNE 10
U.S. DEPARTMENT OF JUSTICE

COMMUNITY BASED PROGRAM AGREEMENT   CDFRM

FEDERAL BUREAU OF PRISONS

I, DUVAL, MICHELLE _____, Register Number, 51628-018 _____, hereby authorize employers of the Department of Justice and employees of any facility contracting with the Department of Justice to release any or all of the contents of information in my inmate central file to educational facilities, social agencies, prospective employees, etc., for the purpose of assisting in all phases of community programming and release planning. I also authorize the above persons to advise prospective employers that I am currently in the custody of the U.S. Attorney General serving sentence or under the supervision of the U.S. Parole Commission or U.S. Probation Office. This consent will remain in effect until my release from supervision or until revoked in writing by me. Revocation of this authorization may result in my removal from a community-based correctional program.

I understand that while a resident of a residential reentry center or work release program I will be expected to contribute to the cost of my residence through payments to the contractor and I agree to make such payments. I understand that failure to make payments may result in my removal from a community-based program (Not applicable for MINT referrals).

I understand that urinalysis or other Bureau of Prisons authorized testing to detect unauthorized drug or alcohol use may be required as a condition of residence in a residential reentry center or work release program, and if required, I agree to submit to such testing. I understand that ingestion of poppy seed products may result in positive test results for unauthorized drug use and is therefore prohibited.

I understand that no non-emergency medical care may be provided to me at the Bureau's expense without prior authorization of the BOP. I understand that, as part of my transition to release, I am expected to assume increased responsibility for my health care while I am a resident of a community-based correctional program.

I also understand that I may be transferred by the BOP to a suitable institution or facility at the Bureau's option for medical care should the Government deem it necessary.

I understand that I may be required to undergo clinical assessment and may be required to participate in treatment, e.g. mental health/psychiatric treatment, substance abuse treatment, sex offender treatment, recommended as a result of the assessment. I understand that failure to abide by treatment program recommendations may result in my return to a secure facility.

I understand that I may be required to abide by the conditions of supervision as imposed by the sentencing court or the U.S. Parole Commission, including the payments of fines and restitution and to follow the instructions of the probation officer as if on supervision.

I understand that upon arrival at the residential reentry center I may be initially placed in the restrictive Community Corrections Component for a period of orientation. In this component, I will be expected to remain at the RRC unless authorized to leave for employment or other authorized program purposes. Additionally, I understand that social visits and recreational/leisure activities will be confined to the RRC.

I understand that while a resident of a residential reentry center or work release program I will be required to abide by the rules and regulations promulgated by such program.

For MINT referrals, I understand that I or the guardian shall assume total financial responsibility for my child's care while I am a resident of a RRC. Should I or the guardian be unable or unwilling to bear my child's financial cost, I will be transferred back to my parent institution immediately. I understand that no financial support will be provided to my child by the Bureau of Prisons.

PART II

In the event that I am approved for Home Detention, I agree to abide by the following conditions related to my legal participation in Home Detention.

I understand that my participation in Home Detention will be an alternative to placement in a RRC for no more than the last six months or 10% of my sentence, whichever is less. I am aware that I will legally remain in the custody of the Bureau of Prisons and/or the U.S. Attorney General and that failure to remain at the required locations may result in disciplinary action and/or prosecution for escape.

I agree to report to my assigned probation officer or the contractor's facility immediately upon reaching my release destination.

I understand that if I decline to participate in the recommended Home Detention program I may face administrative reassignment out of the residential reentry program.

I agree that during the Home Detention period, I will remain at my place of residence, except for employment, unless I am given permission to do otherwise. I also understand that I will be required to pay the costs of the program based on my ability to pay.

I also agree to maintain a telephone at my place of residence without "call forwarding," or "three-way calling" for this period. I also agree that if instructed to do so, as a condition of Home Detention, I will not have access to a computer with a modem or other device for accessing the internet. I also agree that if my confinement is to be electronically monitored, I will wear any electronic monitoring device required, follow procedures specified, and comply with any telephone and computer access restrictions as they apply to the monitoring device requirements.

DUVAL, MICHELLE      *Michelle Duval (signature)*      5-28-20
Inmate's Printed Name and Signature                      Date

S. MCMAHON/          *(signature)*                      5-28-20
Witness' Printed Name and Signature                      Date

Record Copy - CCM; Copy - CCM; Copy - Central File

PDF                    Prescribed by P7310              Replaces BP-S434.073 dtd DEC 98

BP-A0460　　　　　　　　　　CONDITIONS OF HOME DETENTION　　　CDFRM
JUNE 10
U.S. DEPARTMENT OF JUSTICE　　　　　　　　　　　　　　FEDERAL BUREAU OF PRISONS

Resident DUVAL, MICHELLE　　　　　　　　　　Register Number 51628-018

I understand that my placement on Home Detention status is a privilege which may be revoked by the Community Corrections Manager (CCM). I understand that any violation of Home Detention Conditions, or conduct or activity which reflects a disregard for the rights of others, shall be sufficient cause to revoke my Home Detention and/or terminate my Residential Re-Entry Center (RRC) program participation.

I understand and agree to abide by the following conditions during my period of Home Detention:

1. I will reside at my approved residence at 17212 YELLOW PINE STREET, WIMAUMA, FL 33598.

2. I will conduct myself in a lawful manner.

3. I will accept phone calls from RRC/Probation Staff, verifying my presence at my home and at my job site. I agree to maintain a telephone at my place of residence without "call forwarding," or "three-way calling" for this period and will, when requested, provide copies of my telephone bill to the Center/Probation staff. I also agree that if my confinement is to be electronically monitored, I will wear any electronic monitoring device required, follow procedures specified, and comply with any telephone and computer access restrictions as they apply to the monitoring device requirements.

4. I will accept the visits of RRC/Probation personnel to my job site and home.

5. I will return to the RRC/Probation at least _____ weekly for routine progress reviews and program participation, and more often if instructed to do so.

6. I understand I must continue mental health/psychiatric treatment, substance abuse treatment, sex offender treatment while on Home Detention.

7. I will not own or possess any deadly weapon or knowingly be in the company of a person possessing the same.

8. I will remain steadily employed at _____ and will not change employment without prior approval of RRC/Probation staff.

9. I will not knowingly associate with persons having a criminal record, nor frequent places where illegal activities are conducted.

10. I will not drink alcoholic beverages of any kind; nor will I enter any establishments, such as bars or liquor stores, where the sale and/or consumption of alcoholic beverages on the premises is the primary business of the establishment.

11. Except as medically authorized, I will not use or possess narcotics, or other controlled substances, nor be in the presence of persons possessing the same.

12. I agree that during the Home Detention period, I will remain at my place of residence, except for employment, unless I am given specific permission to do otherwise.

13. I will not own or drive a motor vehicle without proper authorization.

14. I will abide by special instructions given to me by the RRC/Probation, e.g., electronic monitoring program participation.

15. I will submit to urinalysis or alcohol testing as requested by the RRC/Probation. I understand that ingestion of poppy seed food products may result in positive test results for unauthorized drug use and is therefore prohibited.

16. I agree to pay subsistence for the cost of my participation in Home Detention.

17. I understand that I am personally responsible for all costs of my housing, meals, and general subsistence, while I am on Home Detention.

I fully understand that willful failure to report as required, unauthorized change of residence, employment, or failure to otherwise inform Center staff of my whereabouts, could constitute an escape from federal custody.

Resident's Signature  *Michelle Duval*　　　　　　　　　Date  05/28/2020

Approved (RRC Director)

Approved (CCM)

Record Copy - To CCM - Community Corrections Manager; Copy - To RRC - Residential Re-Entry Center; Copy - To USPO - U.S. Probation Officer

PDF　　　　　　　　　Prescribed by P7320　　　　　　　Replaces BP-460(73) of DEC 93

TRULINCS 51628018 - DUVAL, MICHELLE - Unit: DAN-P-A

---

FROM: 51628018
TO: Duval, Treon
SUBJECT: The Truth Revealed
DATE: 06/07/2020 05:31:06 PM

Dear ▮▮▮ and ▮▮▮

I hope and pray all is well with you and your families during this time of crisis in the world. First, I would like to thank you both for investing your time and energy in me also believing in me enough to want to help me with my case. I am praying for you both and for your success in all you set out to do.

I write to you both with a heavy heart today. I have sat here for the past week putting every bit of information I could muster up together so that I could explain to you both in detail how very severe the situation I am currently living in is. I have not wanted to be a burden on anyone because there is so much confusion and chaos in the world at this time, but I feel that I have no other choice but to reveal what has been weighing on me in a very honest and transparent way.

Please read every document I am attaching to this letter as it's filled with so much information that I have yet to speak about. It's so important that you both see what has been going on so you will know how to handle my circumstances and you will be able to come up with a strategy to fight for me in the best way possible.

I have faced the most unbelievable circumstances in the past couple of months that I could have ever imagined possible and at this point I am convinced that time is of the essence and if something is not done now I and many other women may not make it out alive.

As you both know, the COVID-19 Pandemic has infected this nation in an enormous way and the widespread infection has hit the prisons with a blast. I am currently in one of the top 3 prisons Attorney General William Barr has pointed out as a "Hot Spot" for the Corona Virus infection. Since his memo dated March, 2020 not one administrative member has taken the reigns to begin the release of vulnerable inmates at this location. Between the multiple testing, 25% of the population coming up positive due to the delayed time frame they tested us by, the horrific quarantine situation and the negligence of the staff the nightmare we are all living in FSL Danbury has come to a head. The lawsuit against the Warden, Mrs. Easter is daily uncovering the unsanitary conditions, the jam packed environment with no social distancing, the lack of hygienic products to keep us safe and the blatant disregard for our well being. I am in fact in fear for my life that when this second wave hits I will not make it out alive to get home to my family. The following information I have ceased to share with you both because I have been so busy trying to keep my health in order that I have not been able to get my thoughts and words in a coherent sentence to give you an idea of what I've faced.

I am sending you both a copy of a Declaration that I was asked to make in accordance with the Lawsuit against Danbury FSL and Warden Easter. You will see many horrific instances that I experienced that have traumatized me to the extent that I don't ever think I'll recover from. My physical health is declining on a daily basis as well as my mental and emotional state due to the lack of medical/psychological attention and the lingering affects of the COVID-19 Virus. I have been diagnosed with some of the following illnesses and I struggle to maintain my health daily due each one of them. Diabetes, Severe Obesity (BMI 45 or more) I weigh 289lbs and my height is about 5'4-5'5. I have Severe Asthma, High Blood Pressure and Respiratory problems in which I use a CPAP machine for. I suffer with Anemia, Glaucoma, Seizures, Neuropathy and Fibroids just to name a few.

I was told by my case manager Mr. McMahon that I was approved for home confinement on 5-28-2020. I called my son to begin to prepare for my release. I signed the following documents on that same day, BPA0460 Condition of Home Detention, BPA0548 Home Confinement and Community Control Agreement, a BPA0434 Community Based Program Agreement, A Home Confinement Referral Form and A Certification of Identity for Martinez-Brooks v. Easter Notice. On 5-29-2020 the same case manager told me to get a landline phone at home. I called my son and he did as I asked him. He got the phone company to install a landline so that I could be contacted for home confinement. I told the amazing news to my mother, children, family and friends, along with the multiple thousands of men and women who petitioned and supported me throughout this situation, that after all these years I would finally be coming home. I was going to make it out alive and I wouldn't have to face this second wave of the Corona Virus within these fences where the first wave of the Virus plagued the FSL since about January. On Friday June 5, 2020, Mr. McMahon called me into his office to inform me that I was now in fact denied home confinement and when I asked him why, he said "Why don't you ask those big time attorneys you have, because I'm just the messenger". Now that I've been rejected, I cant find the words or the heart to tell my mother who prays for me daily and asks me every time I call, "how much longer, when are you coming home?". The main reason on my paperwork for my denial is that "I reported no respiratory problems", but I have an MDS sheet for permission to sleep in a "staff issued rolling office chair" because I cannot breath for the

TRULINCS 51628018 - DUVAL, MICHELLE - Unit: DAN-P-A

---

actual respiratory problems I suffer with. The staff seems to be giving any kind of excuse to deny each one of us without doing the actual assessment that they are ordered to do by Attorney General Barr.

There is an transgender inmate who was released from FSL Danbury last week that has identical charges to myself and not nearly as extensive a medical history as me. This specific inmate was in the SHU (Special Housing Unit for disciplinary reasons, PREA) and was released from there which is ironic.

I was not the only woman denied from home confinement. When I asked Mr. McMahon how many people were denied, he said everyone that was submitted has been denied. An order by Justice Michael Shea, directed the expedited movement of releasing vulnerable inmates from this facility and it was ordered to be done by June 9, 2020. No one has been release yet, even some of the most vulnerable women in the FSL Danbury location are still hoping for a miracle.

I read an article in which mentioned some of the following: Prison officials delay releasing federal inmates into home confinement, ignoring Judges and Congress defying court orders and directive from the highest law-enforcement officer in the land. Federal prisons have been denying and delaying the release of inmates to home confinement during the Corona Virus Pandemic. Since Attorney General William Barr, head of the US Department of Justice announced the first directive on releasing inmates related to COVID-19, FBOP has only released 2 percent of the federal prison population in 122 public and private prisons around the country.

I am currently housed in FSL Danbury, Danbury CT, where the virus has spread rapidly in our small closed quarters and warehouse like dorm setting. Approximately 25% of the population tested positive and after that we were all shipped off to different kinds of isolation room. Some consisting of the actual kitchen where we eat, the library, the education rooms and suicide watch where I was the first inmate to be moved there. Keep in mind this suicide watch had no running water and I suffered there for 4 days. Some of these locations having no running water or toilets available for use. If you do a search of the docket from the Danbury Lawsuit you will see all of the claims made by several women here who have had the courage to speak up because they finally feel like someone is on their side. Also the lawyers on the lawsuit along with the prosecutor and experts came and did a walk through of this dorm and spoke to a handful of women, including myself and saw the conditions personally and their reaction was horrifying.

We were just recently tested again about a week and a half ago and on the test results there is a disclaimer it states as follows: A negative result does not rule out the possibility of COVID-19 and should not be used as the sole basis for treatment or patient management decisions. If COVID-19 is still suspected, based on EXPOSURE HISTORY together with other clinical findings, re-testing should be considered in conclusion with public health authorities.

The irony is that the statement above states the "if COVID-19 is still suspected and based on EXPOSURE HISTORY", we are all still exposed to one another, there is no hiding from anything in here and we are living, breathing and existing mere inches from one another so its a continual merry go round of infection and re-infection being circulated within these walls.

We were all tested and we are all still in the same unit and 95% of the population has not received their new results back. We are also on national lock down with no fresh air, no movement and no outside. We are housed like sardines and we share everything. We are elbow to elbow at tables to eat our brown bag meals, we sleep inches from one another and worst of all we are not provided any kind of soap that can be considered a hand cleanser to sanitize ourselves.

I have all this support on the outside and I was too afraid to bother anyone because I felt like if I did reveal what was happening it could actually become real and I didn't want to be a victim of this deadly disease. I have faced the facts that this is very real and I am terrified and scared for my life because every day I spend in prison is another day I don't know if I'll make it home to my family again.

I am pleading with you both and anyone else you feel needs to be on board with my desperate situation, to please help me and help me soon! I have everything you need, documents, paperwork, emails, ect. at my sons.

```
TRULINCS  51628018 - DUVAL, MICHELLE - Unit: DAN-P-A
-----------------------------------------------------------------------------------

FROM: ▮
TO: 51628018
SUBJECT: RE: NERVOUS
DATE: 06/04/2020 01:51:02 AM
```

Dear Michelle,

I'm sorry I haven't been able to respond sooner. I just saw this and your most recent messages. Are you doing ok?

I don't have any info on my end yet re the re-review for home confinement. What you are being told sounds hopeful. But I can't confirm until we hear from the government the results of their re-review. Please keep me updated on your end, and I will be in touch, too.

Best,
▮

MICHELLE DUVAL on 5/31/2020 10:49:44 AM wrote
▮ what is going on they had me to fill out my paper work to go home and also told me to tell my son to get a home phone .My son cried and cried and cried all day▮ please ▮ tell me this isn't happening..
-----▮ on 5/30/2020 8:36 PM wrote:

>

Dear Michelle,

Yes, I have an update: As I shared earlier, your name is on the government's list of people with medical conditions that put them at higher risk for severe illness from COVID-19. Because you are on the list, BOP was required to expedite consideration of home confinement for you.

After review, BOP denied you home confinement based on "current violent offense and R-Hi on Female Pattern Score". The judge has ordered the BOP to review medically vulnerable people again for home confinement this time with input from a BOP medical clinician. We hope this process will result in more weight being given to your COVID-19 risk factors. We can share more information about this review process as we have it   likely next week.

Best,
▮

MICHELLE DUVAL on 5/27/2020 7:05:44 PM wrote
IT REALLY WAS THE STAFF WHO WORK HERE MADE ME NERVOUS I DON'T KNOW WHY I NORMALLY DON'T BE THAT WAY BUT..▮ HOW DID IT GO IN COURT WITH THE LIST? CAN YOU PLEASE UPDATE ME..THANKS MICHELLE DUVAL
-----▮ on 5/27/2020 6:06 PM wrote:

>

I am so sorry it was so nerve-wracking! I can only imagine - there were a lot of us there standing there asking questions. I really appreciate you taking the time to talk with us, especially under those circumstances. Will be in touch.

▮

MICHELLE DUVAL on 5/27/2020 2:50:37 PM wrote
I have never in my life been so NERVOUS in my life..Michelle Duval