# EXHIBIT P

# Spectrum▶

# WORK, LEARN, STREAM AND SAVE.

**For a limited time, get an exclusive deal when you bundle TV and Internet.
Plus, ask about our easy self-install kits.**



### ADD SPECTRUM TV* + INTERNET

from

# $44⁹⁹

/mo each for
12 mos when
bundled*

## NO CONTRACTS



## GET MORE DONE AT HOME. PLUS, ENJOY:

- Over 200 HD channels available†
- **FREE** Spectrum TV App
- Apple TV 4K, now available with Spectrum
- Stream live TV anywhere

**Spectrum is the top-performing Internet provider, delivering more speed, more consistently.**¨

### Claim your special offer by 08/31/20

# CALL 1-844-828-7403 or visit Spectrum.com

SA4KF02R

# Spectrum▶

4145 S. Falkenburg Rd  Riverview, FL 33578-8652
7635 1600  NO RP 19 06192020 NNNNNNNY 01 022259 0077

TREON DUVAL

000100010036312935018801678⁵



**Spectrum▸**

**2**

Page 2 of 6                    June 19, 2020

Account Number:        TREON DUVAL
Security Code:

**Have questions about your bill?**
Visit us at **spectrum.net/billing**
Or, call us at 855-65-SPECTRUM (1-855-657-7328)
7635 1600  NO RP 19 06192020 NNNNNNNY 01 022259 0077



# WATCH WHAT YOU WANT, WHEN YOU WANT.

**GET MORE WITH THE SPECTRUM TV APP**

- Explore thousands of live and On Demand titles
- Watch your favorites anytime, on any device
- *Exclusive* access to Spectrum Originals shows

 

**ADD SPECTRUM TV\* + INTERNET**
from

## $44.99

/mo each for
12 mos when
bundled*

___ NO CONTRACTS ___

**CONTINUE TO ENJOY FAST INTERNET SERVICE**
Spectrum is the top-performing Internet provider, delivering more speed, more consistently.***


**tv4K**

**GET AN APPLE TV 4K FROM SPECTRUM**
Watch live channels and thousands of On Demand programs without a cable box.

**STUCK IN A CONTRACT? We'll buy it out up to $500.** Switch to Spectrum TV today.



Using your mobile phone more? Now is the perfect time to save 40% when you switch to Spectrum Mobile.**

**Spectrum▸**   Claim your special offer by 08/31/20
## CALL 1-844-828-7403 or visit Spectrum.com

Offer good through 08/31/2020; subject to change; valid to qualified residential customers who have no outstanding obligation to Charter. *Bundle price for TV Select and Internet is $89.98/mo. for yr. 1; standard rates apply after yr. 1. Taxes, fees and surcharges (bdcst surcharge up to $13.50/mo) extra and subject to change during and after the term; installation, equipment and additional services are extra. **Restrictions apply. For contract buyout qualifications, go to Spectrum.com/buyout General Terms: TV: TV equipment required; charges may apply. †Channel and HD programming availability based on level of service. Account credentials may be required to stream some TV content online. INTERNET: ***Based on the latest FCC Broadband Report. Services subject to all applicable service terms and conditions, subject to change. Services not available in all areas. Restrictions apply. All trademarks are the property of their respective owners. ©2020 Charter Communications.

Sales of Apple TV are final upon opening the packaging. Your Apple TV device can be returned for a refund within 14 days from the date of purchase. The device must be returned in its original packaging and without material alterations or damages, and is not returnable/refundable if the shrink wrap has been removed. If associated Spectrum services are disconnected, the remainder of the Apple TV balance will be due in full immediately. Not all channels are compatible with Apple TVs. Spectrum DVR service is not compatible with Apple TV. See www.spectrum.com/appletv/faq for complete details.

SPECTRUM MOBILE: Spectrum internet subscription required. Auto-pay required. **Savings based on comparison of single line unlimited data plans amongst major national carriers as of 08/27/19. Data usage limits vary by carrier. To access 5G service, 5G compatible phone, Unlimited rate plan, and 5G network connection required. Spectrum Mobile currently offers 5G in parts of select cities. Not all 5G capable phones compatible with all 5G networks. If 5G phone not compatible with 5G network or a 5G network is not available in your area, phone will automatically revert to the 4G network. 5G coverage will continue to expand throughout 2020 and beyond. Speeds may vary. Visit https://www.spectrum.com/policies/mobile-terms for full terms and conditions.

SA AKE02E

# Spectrum▸



Page 4 of 6                             June 19, 2020

TREON DUVAL

Account Number:
Security Code:

**Have questions about your bill?**
Visit us at **spectrum.net/billing**
Or, call us at 855-65-SPECTRUM (1-855-657-7328)
7635 1600  NO RP 19 06192020 NNNNNNNY 01 022259 0077

## Charge Details

| | | |
|---|---|---|
| Previous Balance | | 152.87 |
| Payments Received - Thank You | 06/08 | -73.94 |

Payments received after 06/19/20 will appear on your next bill.

### Adjustments

| | | |
|---|---|---|
| Non-Pay Reconnect Fee | 06/08 | 4.99 |
| Adjustments Total | | $4.99 |

| | |
|---|---|
| **Past Due Balance - Due Now** | **$83.92** |

Service from 06/18/20 through 07/17/20

### Internet Services

| | |
|---|---|
| Spectrum Internet with Wifi | 74.99 |
| Promotional Discount | -10.00 |
| | **$64.99** |
| Internet Services Total | **$64.99** |

### Spectrum Voice™

**Phone number**

| | |
|---|---|
| Unlimited Long Distance | 9.99 |
| Pkg Includes: Phone Line, Modem, Up to 23 Calling Features Calling within U.S., Canada, Mexico Puerto Rico, Guam & The Virgin Islands | |
| | **$9.99** |

For additional call details,
please visit spectrum.net

| | |
|---|---|
| Spectrum Voice™ Total | $9.99 |

### Other Charges

| | |
|---|---|
| Late Fee | 8.95 |
| Other Charges Total | $8.95 |

Visit Spectrum.com/stores for store locations. For questions or concerns, visit Spectrum.net/support.

| | |
|---|---|
| Current Charges Due by 07/05/20 | $83.93 |
| **Total Due** | **$167.85** |

### Messages continued from page 1

**Download the latest version of the My Spectrum App** from your device's app store. The My Spectrum App makes it easier than ever to manage your Spectrum services. A hassle-free experience with one convenient place for handling all your account needs.

## Billing Information

**Tax and Fees** - This statement reflects the current taxes and fees for your area (including sales, excise, user taxes, etc.). These taxes and fees may change without notice.

**Terms & Conditions** - Spectrum's detailed standard terms and conditions for service are located at spectrum.com/policies.

**Spectrum Terms and Conditions of Service** - In accordance with the Spectrum Terms and Conditions of Service, Spectrum services are billed on a monthly basis. Spectrum does not provide credits for monthly subscription services that are cancelled prior to the end of the current billing month.

**Authorization to Convert your Check to an Electronic Funds Transfer Debit** - For your convenience, if you provide a check as payment, you authorize Spectrum, formerly Bright House Networks, to use the information from your check to make a one-time electronic funds transfer from your account. Should you have any questions about this, your statement, or with the services provided to you by Spectrum, please call our office at the telephone number on the front of this statement. Or visit spectrum.com/stores. To assist you in future payments, your bank or credit card account information may be electronically stored in our system in a secure, encrypted manner.

**Past Due Fee / Late Fee Reminder** - A late fee will be assessed for past due charges for service.

**Complaint Procedures** - You have 60 days from the billing date to register a complaint if you disagree with your charges.

---

**Your WAY can be the GREEN way!**
**GO GREEN with Spectrum.**
Online Bill Pay is helping the environment one customer at a time.
It's easy - all you need to do is sign up for Online Bill Pay.
It will save you money on postage and time - and it will also save trees!

Enrolling is easy, just go to **spectrum.net/paperless.**

Each month, you'll receive a paperless e-bill that you pay online with your choice of payment options.
• Debit Card - Credit Card - Electronic Funds Transfer
• Receive a quick summary of your account at any time
• Access up to 6 months of statements

**Payment Options**

**Pay Online** - Sign in to Spectrum.net to pay or view your bill.

**Pay by Mail** - Detach payment coupon and enclose with your check made payable to Spectrum.

For questions or concerns, please call **1-855-657-7328.**

# Spectrum▸





**4**

June 19, 2020
Account Number:
Security Code:
Service At:

**Have questions about your bill?**
Visit us at **spectrum.net/billing**
Or, call us at 855-65-SPECTRUM (1-855-657-7328)

| Summary | Services from 06/18/20 through 07/17/20 details on following pages | |
|---|---|---|
| Previous Balance | | 152.87 |
| Payments Received - Thank You | | -73.94 |
| Adjustments | | 4.99 |
| **Past Due Balance - Due Now** | | **$83.92** |
| Internet Services | | 64.99 |
| Spectrum Voice™ | | 9.99 |
| Other Charges | | 8.95 |
| Current Charges Due by 07/05/20 | | $83.93 |
| **Total Due** | | **$167.85** |

**ACTION REQUIRED: ACCOUNT STATUS DELINQUENT**
Your account is now in a delinquent status. The total delinquent amount is due immediately and must be paid to avoid collections activity including, potential service suspension. If you resume service after disconnection due to nonpayment, your past due balance, along with first month of service and a reconnection fee will be required.

## SPECTRUM NEWS



Note. Taxes, Fees and Charges listed in the Summary only apply to Spectrum TV and Spectrum Internet and are detailed on the following page. Taxes, Fees and Charges for Spectrum Voice are detailed in the Billing Information section.

**Enroll in Auto Pay today!** Spectrum Auto Pay is a convenient way to pay your bill on time every month without the hassle of buying stamps or writing checks. Visit Spectrum.net/autopay.

**PLANNING A MOVE? We can help, and we're ready when you are.** Call to transfer your Spectrum services, and we'll have everything connected so you can feel right at home. Call to move your Spectrum services and we'll get you connected with no hassles. We'll ship self-install kits to enable you to connect on your own terms, with easy step-by-step instructions included. **Call 1-844-841-7635 or visit Spectrum.com/easymove**

**WORK, LEARN, STREAM AND SAVE. GET MORE DONE AT HOME.** Enjoy over 200 HD channels, the **FREE Spectrum TV App.** and stream live TV anywhere. For a limited time, get an exclusive deal when you bundle TV and Internet. Plus, ask about our easy self-install kits. **CALL 1-844-494-9196 or visit Spectrum.com**

**Do you own a business?** You're Pre-Qualified for Spectrum Business Services. Spectrum Business offers the best Internet, voice, and TV solutions at the best price. **Call 1-844-928-0236 today for a free, no obligation quote for your business.**

---

**Spectrum▶**

4145 S. Falkenburg Rd Riverview, FL 33578-8652
7635 1600 NO RP 19 06192020 NNNNNNNNY 01 022259 0077

TREON DUVAL

ᶦᶦ�addllᵖᵖᵖᶦᵖᶦᶦᵈᶦᵖᶦᶦ

June 19, 2020
**TREON DUVAL**

Account Number:
Service At:

| **Total Due** | **$167.85** |
|---|---|
| **Amount you are enclosing** | $ |

**Please Remit Payment To:**
SPECTRUM
PO BOX 7195
PASADENA, CA 91109-7195



June 19, 2020

TREON DUVAL

Account Number:
Security Code:

**Have questions about your bill?**
Visit us at **spectrum.net/billing**
Or, call us at 855-65-SPECTRUM (1-855-657-7328)
7635 1600 NO RP 19 06192020 NNNNNNNY 01 022259 0977



# PLANNING A MOVE?

We can help, and we're ready when you are. Call to transfer your Spectrum services, and we'll have everything connected so you can feel right at home.

| Call to move your Spectrum services and we'll get you connected with no hassles. | Visit the Spectrum Mover Online Resource Center and make your move even easier with handy tips and more. | We'll ship self-install kits to enable you to connect on your own terms, with easy step-by-step instructions included. |
|---|---|---|

## MAKE THE RIGHT MOVE

# Call 1-844-867-7768 or visit Spectrum.com/easymove

Installation fees apply. Visit Spectrum.com/easymove for full details. ©2020 Charter Communications.

**Spectrum▸**    **6**

Page 5 of 6             June 19, 2020


TREON DUVAL

Account Number:
Security Code:

Have questions about your bill?
Visit us at **spectrum.net/billing**
Or, call us at 855-65-SPECTRUM (1-855-657-7328)
7635 1600  NO RP 19 06192020 NNNNNNNY 01 022259 0077

Billing Practices - Spectrum mails monthly, itemized statements to customers for monthly services that are billed in advance. Customers agree to pay amounts due by the due date indicated on the statement, less any authorized credits. If your monthly statement is not paid by the due date, a late payment processing charge may be imposed. Nonpayment of any portion of any services on this statement could result in disconnection of all of your Spectrum services. Disconnection of Phone service may also result in the loss of your phone number.

**The following taxes, fees and surcharges are included in the price of the applicable service** - Florida CST $0.59, E911 Fee $0.40, Federal USF $0.32, TRS Surcharge $0.10

**Voice Fees and Charges** - These include charges, to recover or defray government fees imposed on Spectrum, and certain other costs related to Spectrum's Voice service, including a Federal Universal Service Charge and, if applicable, a State Universal Service Charge to recover amounts Spectrum must pay to support affordable telephone service, and may include a state Telecommunications Relay Service Fee to support relay services for hearing and speech impaired customers. Please note that these charges are not taxes and are subject to change. For more information, visit spectrum.net/taxesandfees.

**Spectrum Voice Provider** - Spectrum Advanced Services, LLC

