**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**UNITED STATES OF AMERICA**

vs.                                                    **Case No. 8:10-cr-136-JSM-EAJ**

<u>**MICHELLE DUVAL**</u>

**REPORT OF PRELIMINARY
SUPERVISED RELEASE REVOCATION HEARING**

THIS CAUSE came on to be heard at the preliminary supervised release revocation hearing. At that hearing the defendant waived preliminary hearing. It is therefore

ORDERED:

1) That the defendant shall be held for final revocation proceedings before the District Judge exercising supervision of the defendant;

2) That the clerk of this court shall schedule said hearing at the earliest time available on the Judge's calendar;

3) That both the government and defendant shall exchange all tangible evidence which either side intends to introduce at said hearing and shall

exchange a list of witnesses no later than two (2) days prior to the final supervised release revocation hearing.

ORDERED this   16th   day of November, 2023.

_____
AMANDA ARNOLD SANSONE
United States Magistrate Judge